IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| J&M INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  2:16-cv-2723-JTM-KGG |
| | ) |
| v. | ) |
| | ) |
| RAVEN INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

**RAVEN'S MOTION TO STRIKE NEW ALLEGATIONS IN J&M'S "REBUTTAL" <u>EXPERT REPORT ON INFRINGEMENT</u>**

Defendant Raven Industries, Inc. ("Raven") respectfully files this motion to strike the new and previously undisclosed infringement allegations contained in the Rebuttal Expert Report of Jeffrey D. Decker Regarding the Infringement of U.S. Patent Numbers 9,347,239 and 9,890,550, submitted on July 18, 2019.  As is discussed in detail in the accompanying Memorandum in Support, Mr. Decker introduced new allegations regarding alleged direct infringement of the '239 and '550 Patents that:

(1) J&M has never previously identified in discovery;

(2) J&M did not identify in its Infringement Contentions;

(3) Were not addressed in Raven's Expert Report regarding Infringement; and that

(4)  Raven has not had a chance to investigate.

CERTIFICATION REGARDING MEET AND CONFER

Pursuant to Local Rule 37.2, Raven certifies that it has conferred with J&M regarding this motion and J&M indicated it would oppose this motion.  Raven attempted to meet and confer again on July 29, 2019, but J&M did not return a phone call.  The parties were unable to reach an agreement regarding the dispute.

1

WHEREFORE, for the reasons set out more fully in the accompanying memorandum in support, Raven respectfully requests that the Court strike and exclude from the case all allegations of direct infringement contained in Mr. Decker's report dated July 18, 2019 that were not previously identified, specifically allegations of direct infringement against third party end-users at these four locations: (1) Cargill Beardstown, Illinois; (2) ADM Burlington, Indiana; (3) ADM Holland, Minnesota; and (4) ADM Marshall, Minnesota.  In the alternative, Raven respectfully requests that the Court allow Raven the opportunity to have an expert inspect the alleged new sites of infringement and submit expert opinions rebutting Mr. Decker's "rebuttal" allegations.

Dated: July 29, 2019

Respectfully submitted,

/s/ Patrick D. Kuehl, Jr.
Patrick D. Kuehl, Jr. (KS # 20113)
**RIMON LAW**
601 e. 63rd Street, Suite 400
Kansas City, MO 64110
Phone: 816.839-7471
Fax:    816.839-7471
patrick.kuehl@rimonlaw.com

David M. Stein (admitted *pro hac vice*)
H. Josh Ji (admitted *pro hac vice*)
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Phone: 949.383.2822
Fax:    949.383.2801
dstein@ggtriallaw.com
jji@ggtriallaw.com

**Attorneys for Defendant Raven Industries, Inc.**

## **CERTIFICATE OF SERVICE**

      I certify that on this 29th day of July 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Patrick D. Kuehl, Jr.
Attorney for Defendant
