# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| J&M INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAVEN INDUSTRIES, INC., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 2:16-cv-2723-JWB |

## **PERMANENT INJUNCTION ORDER**

Raven Industries, Inc. ("Raven") has been found by a jury to contributorily infringe claims 8, 9 and 11 ("the asserted claims") of U.S. Patent No. 9,890,550 ("the '550 Patent"). The Court, having considered the factors relevant to permanent injunctive relief and the memoranda submitted by the parties with respect to the proposed injunction, and having found such relief warranted,

**IT IS HEREBY ORDERED**:

Raven and its officers, agents, servants, employees and attorneys are permanently enjoined and restrained, beginning from the date of this order, from contributing to infringement of U.S. Patent No. 9,890,550 by making, offering to sell, selling, providing or distributing in the United States, or importing into the United States, products that infringe the '550 Patent, including Raven's Fortress product, or any other products that are not more than a mere colorable variation of such Fortress product.

Raven is hereby directed to provide a copy of this Order to each of their United States sales representatives, distributors and resellers of the products identified herein, whether or not such persons are employees of Raven.

This Court shall retain jurisdiction to enforce the provisions of this Order.

Dated this 6th day of December, 2021.

                                            s/ John W. Broomes
                                            JOHN W. BROOMES
                                            UNITED STATES DISTRICT JUDGE